IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LISA MAZANTI and RONNIE WALKER,**         **PLAINTIFFS**
individually and on behalf of all others
similarly situated

v.                    CASE NO. 4:20-cv-00049-BSM

**ROCK BORDELON, and**
**ALLEGIANCE HOSPITAL OF NORTH LITTLE ROCK LLC, d/b/a**
**NORTHMETRO MEDICAL CENTER, and**
**ALLEGIANCE HEALTH MANAGEMENT INC**         **DEFENDANTS**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
MAR 0 2 2022
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

## VERDICT FORM 1

1. Were Plaintiff nurses employed by defendant Rock Bordelon on or after three years prior to the filing of the complaint?

    Yes: __✓__      No: _____

**Note**:    Answer Question 2 only if the above finding is in favor of Plaintiff nurses.

   If the above finding is in favor of defendant Rock Bordelon have your foreperson sign and date the form because you have completed your deliberations on this claim.

**2. In Plaintiff nurses' work for Rock Bordelon, were plaintiff nurses employed in an enterprise engaged in commerce or the production of goods for commerce that had an annual gross sales of at least $500,000.00?**

    Yes: __✓__      No: _____

**Note**:    Answer Question 3 only if the above finding is in favor of Plaintiff nurses.

   If the above finding is in favor of defendant Rock Bordelon have your foreperson sign and date the form because you have completed your deliberations on this claim.

**3. Did Rock Bordelon fail to pay plaintiff nurses overtime pay for all hours worked**

by Plaintiff nurses in excess of 40 in one or more workweeks?

Yes: _____   No: ___✓___

**4. Has it been proved that the Defendant Bordelon's failure to pay overtime was willful as that term is defined in Instruction No. 20?**

Yes: _____   No: ___✓___

_____   Dated: __3/2/22__
Foreperson

## VERDICT FORM 2

**1. Were Plaintiff nurses employed by defendant Allegiance Health Management, Inc. on or after three years prior to the filing of the complaint?**

  Yes: ✓   No: _____

**Note:**   Answer Question 2 only if the above finding is in favor of Plaintiff nurses.

  If the above finding is in favor of defendant Allegiance Health Management, Inc. have your foreperson sign and date the form because you have completed your deliberations on this claim.

**2. In Plaintiff nurses' work for Allegiance Health Management, Inc., were plaintiff nurses employed in an enterprise engaged in commerce or the production of goods for commerce that had an annual gross sales of at least $500,000.00?**

  Yes: ✓   No: _____

**Note:**   Answer Question 3 only if the above finding is in favor of Plaintiff nurses.

  If the above finding is in favor of defendant Allegiance Health Management, Inc., have your foreperson sign and date the form because you have completed your deliberations on this claim.

**3. Did Allegiance Health Management, Inc. fail to pay plaintiff nurses overtime pay for all hours worked by plaintiff nurses in excess of 40 in one or more workweeks?**

  Yes: _____   No: ✓

**4. Has it been proved that the Defendant Allegiance Health Management, Inc.'s failure to pay overtime was willful as that term is defined in Instruction No. 20?**

  Yes: _____   No: ✓

_____[signature]_____        Dated: 3/2/22
Foreperson

# VERDICT FORM 3

1. Did Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center fail to pay plaintiff nurses overtime pay for all hours worked by plaintiff nurses in excess of 40 in one or more workweeks?

    Yes: _____    No: ✓

2. Has it been proved that the Defendant Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center failure to pay overtime was willful as that term is defined in Instruction No. 20?

    Yes: _____    No: ✓

_[signature]_          Dated: 3/2/22
Foreperson

## VERDICT FORM 4

**1. Were Plaintiff maintenance workers employed by defendant Rock Bordelon after August 19, 2019?**

Yes: ✓    No: _____

**Note**:   Answer Question 2 only if the above finding is in favor of Plaintiff maintenance workers

> If the above finding is in favor of defendant Rock Bordelon have your foreperson sign and date the form because you have completed your deliberations on this claim.

**2. Was Bordelon engaged in commerce or the production of goods for commerce that had an annual gross sales of at least $500,000.00?**

Yes: ✓    No: _____

**Note**:  Answer Question 3 only if the above finding is in favor of Plaintiff maintenance workers

> If the above finding is in favor of defendant Rock Bordelon have your foreperson sign and date the form because you have completed your deliberations on this claim.

**3. Did Rock Bordelon fail to pay plaintiff maintenance workers overtime pay for all hours worked by Plaintiff maintenance workers in excess of 40 in one or more workweeks?**

Yes: ✓    No: _____

**4. Has it been proved that the Defendant Bordelon's failure to pay overtime was willful as that term is defined in Instruction No. 20?**

Yes: ✓    No: _____

_/s/ Diana Heathin_    Dated: 3/2/22
Foreperson

# VERDICT FORM 5

**1. Were Plaintiff maintenance workers employed by defendant Allegiance Health Management, Inc. after August 19, 2019?**

Yes: __✓__     No: _____

**Note**: Answer Question 2 only if the above finding is in favor of Plaintiff maintenance workers.

> If the above finding is in favor of defendant Allegiance Health Management, Inc. have your foreperson sign and date the form because you have completed your deliberations on this claim.

**2. Was Allegiance Health Management, Inc., engaged in commerce or the production of goods for commerce that had an annual gross sales of at least $500,000.00?**

Yes: __✓__     No: _____

**Note**: Answer Question 3 only if the above finding is in favor of Plaintiff maintenance workers

> If the above finding is in favor of defendant Allegiance Health Management, Inc., have your foreperson sign and date the form because you have completed your deliberations on this claim.

**3. Did Allegiance Health Management, Inc. fail to pay plaintiff maintenance workers overtime pay for all hours worked by plaintiff maintenance workers in excess of 40 in one or more workweeks?**

Yes: __✓__     No: _____

**4. Has it been proved that the Defendant Allegiance Health Management, Inc.'s failure to pay overtime was willful as that term is defined in Instruction No. 20?**

Yes: __✓__     No: _____

_[signature]_                                    Dated: 3/2/22
Foreperson

## VERDICT FORM 6

**1. Were Plaintiff maintenance workers employed by defendant Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center after August 19, 2019?**

Yes: ✓          No: _____

**Note**: Answer Question 2 only if the above finding is in favor of Plaintiff maintenance workers.

> If the above finding is in favor of defendant Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center have your foreperson sign and date the form because you have completed your deliberations on this claim.

**2. Was Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center engaged in commerce or the production of goods for commerce that had an annual gross sales of at least $500,000.00?**

Yes: ✓          No: _____

**Note**: Answer Question 3 only if the above finding is in favor of Plaintiff maintenance workers

> If the above finding is in favor of defendant Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center, have your foreperson sign and date the form because you have completed your deliberations on this claim.

**3. Did Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center fail to pay plaintiff maintenance workers overtime pay for all hours worked by plaintiff maintenance workers in excess of 40 in one or more workweeks?**

Yes: ✓          No: _____

**4. Has it been proved that the Defendant Allegiance Hospital of North Little Rock LLC doing business as NorthMetro Medical Center failure to pay overtime was willful as that term is defined in Instruction No. 20?**

Yes: ✓          No: _____

_____  Dated: 3/2/22
Foreperson