IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LISA MAZANTI, *et al.*                                                                                                PLAINTIFFS

v.                              CASE NO. 4:20-CV-00049-BSM

ROCK BORDELON, *et al.*                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the verdict returned by the jury on March 2, 2022, following three days of trial, judgment is entered in favor of Ronnie Walker and Kyle Collette in the amount of $9,460 for Walker, and $6,314 for Collette, against defendants Rock Bordelon, Allegiance Health Management Inc., and Allegiance Hospital of North Little Rock LLC d/b/a NorthMetro Medical Center.  The jury's verdict on all questions submitted to it is adopted in full.

IT IS SO ORDERED this 4th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE