IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LISA MAZANTI and RONNIE WALKER,**　　　　　　　　　　　**PLAINTIFFS**
**individually and on behalf of all others**
**similarly situated**

**v.**　　　　　　　**CASE NO. 4:20-CV-00049-BSM**

**ROCK BORDELON; ALLEGIANCE HOSPITAL**
**OF NORTH LITTLE ROCK, LLC, d/b/a NorthMetro**
**Medical Center; and**
**ALLEGIANCE HEALTH MANAGEMENT**　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiffs' motion for fees and expenses [Doc. No. 80] is granted in part, and plaintiffs are awarded $25,000 in attorneys' fees and $1,129.62 in expenses. Although plaintiffs are allowed to collect attorneys' fees from defendants, the amount awarded must be reasonable. 29 U.S.C. § 216(b); Ark. Code Ann. § 11-4-218(a). Plaintiffs' $45,070.50 fee request is unreasonable because it includes work performed for the entire group of 33 plaintiffs, when only Ronnie Walker and opt-in plaintiff Kyle Collette prevailed in the amount of $9,460 and $6,314 respectively.

IT IS SO ORDERED this 3rd day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE